UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In Re Application of CHEVRON
CORPORATION for an Order Pursuant
to 28 U.S.C. 1782 to Conduct
Discovery for Use in Foreign
Proceedings
        Plaintiff

   V.

        Defendant

CIVIL ACTION

NO.  10mc30022-MAP   And
     10mc30023-MAP

## ORDER ON MOTION

   PONSOR,  D. J.

It is hereby ORDERED that the Motion   To Close Consolidate Cases

(Document # 60 ) in the above-entitled action be and hereby is    GRANTED.

.

                                                   By the Court,

  May 6, 2011                            /s/ Mary Finn
     Date                                   Deputy Clerk

(OrderOnMotion.wpd - 3/20/03)